*Susann E. Gill*, assistant state's attorney, in opposition.

Decided September 18, 1997

STATE OF CONNECTICUT *v.* DANIEL CARTER

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 919 (AC 16126), is denied.

*John R. Williams*, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided September 18, 1997

KENNETH R. MILLER *v.* ALFRED J. ONORATO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 45 Conn. App. 908 (AC 16142), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Alexander Scheirer*, in support of the petition.

*Patrick M. Noonan*, in opposition.

Decided September 18, 1997

STATE OF CONNECTICUT *v.* SUZANNE M. GORDON, CONSERVATRIX (ESTATE AND PERSON OF ESTHER RICHARDS)

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 490 (AC 16154), is granted, limited to the following issue: